**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1006**

_____

In Re:  MINH VU HOANG,

                    Debtor.

----------------------

MINH VU HOANG,

                    Debtor – Appellant,

          v.

GARY A. ROSEN; ROGER SCHLOSSBERG,

                    Trustees - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District
Judge. (8:11-cv-03431-DKC; 05-21078)

_____

Submitted:  May 21, 2012              Decided:  May 25, 2012

_____

Before KING, FLOYD, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Minh Vu Hoang, Appellant Pro Se.   Gary A. Rosen, Rockville,
Maryland;  Roger  Schlossberg,  SCHLOSSBERG  &  ASSOCIATES,
Hagerstown, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Minh Vu Hoang appeals the district court's order dismissing as interlocutory her appeal from the bankruptcy court's orders authorizing the employment of certain financial professionals in the underlying bankruptcy proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hoang v. Rosen (In Re: Minh Vu Hoang), Nos. 8:11-cv-03431-DKC; 05-21078 (D. Md. July 11, 2011; Dec. 1, 2011; Dec. 14, 2011). In light of this disposition, we deny as moot the motion to intervene. We deny Hoang's motion for appointment of counsel, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED